FILED
APR - 7 2010

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**GARY LYNN BONNER**                               Civil Case No. 09-364-SU

        Plaintiff,

                                  O R D E R

    v.

**UNION PACIFIC FLEXIBLE PROGRAM,**
et al.,

        Defendants.

---

    Gary Lynn Bonner
    3512 E. Alexis Court
    Nampa, ID  83686

          Pro Se Plaintiff

    Brian D. Black
    Robert O. King
    Thomas M. Christina
    Ogletree Deakins Nash Smoak & Stewart, PC
    300 North Main Street
    Greenville, SC  29601

Page 1 - ORDER

Kimberly R. Griffith
Timothy J. Coleman
Cosgrave Vergeer Kester LLP
805 SW Broadway, 8th Floor
Portland , OR 97205

  Attorneys for Defendants

KING, Judge:

  The Honorable Patricia Sullivan, United States Magistrate Judge, filed Findings and Recommendation on February 8, 2010. Both parties filed timely objections to the Findings and Recommendation.

  When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a de novo determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). This court has, therefore, given de novo review of the rulings of Magistrate Judge Sullivan.

  This court ADOPTS the Findings and Recommendation of Magistrate Judge Sullivan dated February 8, 2010 in its entirety.

  IT IS HEREBY ORDERED that defendants' Motion for Summary Judgment is granted, in part, and denied, in part. Defendants' Motion for Summary Judgment on plaintiff's claims for disability benefits is granted because plaintiff's claim is barred by res judicata, the statute of

limitations, the preemption doctrine, and because plaintiff lacks standing. Defendants' request for a vexatious litigation order is denied. Defendants' Motion for Summary Judgment on the issue of damages is also denied.

DATED this 7th day of April, 2010.

_____
GARR M. KING
United States District Judge