IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**GARY LYNN BONNER**,

        Plaintiff,

  v.

**UNION PACIFIC FLEXIBLE BENEFITS PROGRAM,** (the "Plan")**; UNION PACIFIC CORPORATION** the Plan sponsor; All Fiduciaries of the "Plan"; and the Administrator of the "Plan",

        Defendants.
_____

Civil Case No.  09-364-SU

O R D E R

        Gary Lynn Bonner
        3512 E. Alexis Ct
        Nampa, Idaho  83686

                Pro Se Plaintiff

Page 1 - ORDER

>Brian D. Black
>Robert O. King
>Thomas M. Christina
>Ogletree Deakins Nash Smoak & Stewart, PC
>300 North Main Street
>Greenville, South Carolina  29601
>
>Kimberly R. Griffith
>Timothy J. Coleman
>Cosgrave Vergeer Kester LLP
>805 SW Broadway, 8th Floor
>Portland, Oregon  97205
>
>>Attorneys for Defendants

KING, Judge:

The Honorable Patricia Sullivan, United States Magistrate Judge, filed Findings and Recommendation on July 19, 2010. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Sullivan's Findings and Recommendation dated July 19, 2010 (#66) in its entirety.

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss (#63) is granted. Defendants' Counterclaims are dismissed without prejudice.

DATED this    9th    day of August, 2010.

>>  /s/ Garr M. King
>>GARR M. KING
>>United States District Judge

Page 2 - ORDER